**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

STEPHEN M. RAAB (*pro hac vice*)
stephen@gutridesafier.com
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (415) 639-9090 x109

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ELGINDY and JULIANNE CHUANROONG, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AGA SERVICE COMPANY (d/b/a ALLIANZ GLOBAL ASSISTANCE), JEFFERSON INSURANCE COMPANY, and BCS INSURANCE COMPANY,<br><br>Defendants. | Case No. 20-cv-06304-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR CLASS CERTIFICATION MOTION** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Adam Elgindy and Julianne Chuanroong ("Plaintiffs") and Defendants AGA Service Company, Jefferson Insurance Company, and BCS Insurance Company ("Defendants"), by and through their respective undersigned counsel, stipulate to an adjournment of the next case management conference and an extension of the schedule for Plaintiffs' class certification motion, as set forth below.

WHEREAS the parties have participated in numerous conferences and email exchanges regarding Defendants' discovery responses;

WHEREAS, to date, Defendants have produced over 40,000 pages of documents;

WHEREAS Defendants met and conferred in January and February on supplementing interrogatory responses and document productions, on identifying deposition dates in March and April for fact witnesses and corporate designees under Rule 30(b)(6), and on stipulating to certain facts to obviate or minimize the need for further productions on certain issues;

WHEREAS Defendants made six supplemental document productions in January and February, 2022;

WHEREAS Plaintiffs and Defendants continue to work together on stipulated facts, and Defendants are working on supplementing their interrogatory responses and coordinating deposition dates;

WHEREAS the parties continue to negotiate the resolution of several issues Plaintiffs have identified in correspondence regarding Defendants' productions and interrogatory responses (most of which the parties expect to resolve privately by confirmation of completeness, supplementation, or stipulation), and the parties expect to resolve those issues or file dispute letters on any those identified pending issues that are not resolved by April 8, 2022;

WHEREAS the finalization of deposition dates has been substantially delayed as a result of the foregoing; and

WHEREAS this is the parties' second request to modify the class certification briefing schedule in this case and good cause exists for the modification for the reasons identified above and in the accompanying declaration in support;

**PLAINTIFFS AND DEFENDANTS HEREBY STIPULATE AND AGREE THAT:**

The next case management conference shall be adjourned and the deadlines for class certification briefing shall be extended as set forth below:

| Event | Current Date | ~~Proposed~~ Date |
|---|---|---|
| Further case management statement due | March 30, 2022 | May 11, 2022 |
| Further CMC | April 1, 2022 at 1:30 p.m. | May 13, 2022 at 1:30 p.m. |
| Class certification motion due | May 6, 2022 | August 5, 2022 |
| Class certification opposition due | July 15, 2022 | October 14, 2022 |

| Class certification reply due | September 9, 2022 | December 9, 2022 |

No further deadlines have been set in this case, and thus the requested modifications will not affect any other case deadlines or dates.

**STIPULATED AND AGREED:**

DATED:  March 11, 2022

| | |
|---|---|
| *s/Stephen M. Raab* | *s/Gayle I. Jenkins (by concurrence)* |
| GUTRIDE SAFIER LLP | WINSTON & STRAWN LLP |
| Seth A. Safier (SBN: 197427) | Gayle I. Jenkins (SBN: 168962) |
| 100 Pine Street, Suite 1250 | gjenkins@winston.com |
| San Francisco, CA 94111 | Elizabeth J. Ireland (*pro hac vice*) |
| Telephone: (415) 336-6545 | eireland@winston.com |
| Facsimile: (415) 449-6469 | Janelle A. Li-A-Ping (SBN: 330805) |
| | jliaping@winston.com |
| Stephen M. Raab (*pro hac vice*) | 333 S. Grand Avenue |
| stephen@gutridesafier.com | Los Angeles, CA 90071-1543 |
| 305 Broadway, 7th Floor | Telephone:  (213)   615-1700 |
| New York, NY 10007 | Facsimile:   (213)   615-1750 |
| Telephone: (415) 639-9090 x109 | |
| | Attorneys for Defendants |
| *Attorneys for Plaintiffs* | AGA SERVICE COMPANY, |
| Adam Elgindy and | JEFFERSON INSURANCE COMPANY, |
| Julianne Chuanroong | and BCS INSURANCE COMPANY |

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED:  March 11, 2022                **GUTRIDE SAFIER LLP**

                                         By:  /s/ *Stephen M. Raab          /*
                                         Stephen M. Raab

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 16, 2022

_____
JON S. TIGAR
United States District Judge