December 5, 2023

FILED

DEC 11 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United State District Court for the Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612

Re: Elgindy et al v. AGA Service Co. et al, No. 3:20-cv-06304-JST (N.D. Cal.) or Tasakos v. AGA Service Co. et al, No. 2:22-cv-00433-RSM (W.D. Wash.)

Notice ID: AGA012634759
Confirmation Code: R5HVDWBVYEZW

Gentlemen:

I want to exclude/opt out, myself from the above Settlement Class.

My personal information is:

LOLA Nelson
41209 Pomegranate Court
Madera, CA 93636-8826

Phone No. 559-440-9312
Email address: nelsonart1@comcast.net

Sincerely,

*Lola Nelson*

Lola. Nelson

Lola Nelson
41209 Pomegranate Ct.
Madera, CA 93636

FRESNO CA 936
8 DEC 2023 PM 1 L

Clerk of the Court
United States District for the Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612

94612-521299

982830712091031