UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADAM ELGINDY, et al., | Case No. 20-cv-06304-JST |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING PARTIES' STIPULATED REQUEST TO MODIFY FINAL APPROVAL SCHEDULING ORDER** |
| AGA SERVICE COMPANY, et al., | |
| Defendants. | |

The parties' stipulated request to modify the final approval schedule is granted as follows:

| Event | Deadline |
|---|---|
| Claims Deadline | April 11, 2024 |
| Deadline for Settlement Administrator to file a supplemental declaration regarding the supplemental notice and claims received | April 25, 2024 |
| Deadline for replies in support of final approval of Settlement, Attorneys' Fees and Expenses, and Incentive Awards, and responses to objections | May 2, 2024 |
| Final Approval Hearing | May 16, 2024 |

Pursuant to the parties' stipulation the Settlement Administrator shall send an email notice, as set forth in Exhibit A of the stipulation, with the following revisions:

(a) The email heading shall be titled, "Notice of Extension of Claims Deadline and Final Approval Hearing."

(b) The notice should indicate that the final approval hearing has been rescheduled to May 16, 2024, at 2:00 p.m. PST via Zoom, with the link available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

**IT IS SO ORDERED.**

Dated: February 8, 2024



JON S. TIGAR
United States District Judge