UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ELGINDY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AGA SERVICE COMPANY, et al.,<br><br>    Defendants. | Case No. 20-cv-06304-JST<br><br>**CLERK'S JUDGMENT**<br>Re: Dkt. No. 152 |

Pursuant to the ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEY'S FEES AND COSTS; AND INCENTIVE AWARDS signed October 29, 2024, Judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 29, 2024

                                              Mark B. Busby
                                              Clerk, United States District Court

                                              By: _____
                                              Dianna Shoblo, Deputy Clerk to the
                                              Honorable JON S. TIGAR